# First District Court of Appeal
## State of Florida

_____

No. 1D17-2651

_____

ALLIED RECYCLING, INC. and
BRIDGEFIELD EMPLOYERS INS.
CO./CLAIMS CENTER,

     Appellants,

     v.

JACKSON A. ROBERTSON,

     Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Frank Clark, Judge.

Date of Accident:  March 21, 2013.

May 2, 2018

PER CURIAM.

     AFFIRMED.

WETHERELL, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael E. McCabe and David H. Roos of Henderson, Franklin, Starnes & Holt, P.A., Fort Myers, for Appellants.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellee.